## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jean Freund,

      Plaintiff,                               Civil No. 08-701 (RHK/JSM)

vs.                                           **DISQUALIFICATION AND**
                                                    **ORDER FOR REASSIGNMENT**

Wyeth, a/k/a Wyeth, Inc., f/k/a American
Home Products Corporation, Wyeth
Pharmaceuticals, f/k/a Wyeth-Ayerst
Pharmaceuticals, Inc., a division of Wyeth,
a/k/a Wyeth Pharmaceuticals, Inc.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 26, 2008

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge